**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

JUAN PABLO UGUNA-SOTAMBA,

      Petitioner,

v.                                                                            Civ. No. 26-582 JB/GJF

RAY TERRY, Warden of the Otero County
Processing Center, *et al.*,

      Respondents.

**ORDER TO SHOW CAUSE**

THIS MATTER is before the Court *sua sponte* after referral from the presiding judge. *See* Dkt. No. 3.

The Clerk's Office having electronically served a copy of the Petition on all Federal Respondents by Notice of Electronic Filing (Dkt. No. 2), **IT IS THEREFORE ORDERED** that within **14 days**, Respondents shall respond to the Petition (Dkt. No. 2) and show cause why the requested relief should not be granted.[1] Petitioner may file a reply (or a notice waiving the right to file such a reply) not later than **7 days** after the response is filed. The Court will determine whether a hearing on the Petition is necessary once briefing is complete.

SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court finds good cause to allow Respondents more than three days to respond. *See* 28 U.S.C. § 2243 (requiring that the "order to show cause shall be directed to the person having custody of the person detained" and "shall be returned within three days unless for good cause additional time, not exceeding twenty days . . . ."). These time-period computations shall be calculated according to Fed. R. Civ. P. 6(a).