**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

JUAN PABLO UGUNA-SOTAMBA,

      Petitioner,

v.                                                                                          Civ. No. 2:26-00582 JB/GJF

RAY TERRY, Warden of the Otero County
Processing Center, et al.

      Respondents.

**ORDER SETTING HEARING VIA ZOOM AND DIRECTING SUBMISSION OF**
**SUPPLEMENTAL BRIEFING**

| | |
|---|---|
| **Date and time:** | April 29, 2026, at 1:30 p.m. MT |
| **Matters to be heard:** | *Verified Petition for Writ Habeas Corpus and Complaint For* (Dkt. No. 1) |

**IT IS ORDERED** that counsel for the parties shall appear for a Zoom[1] hearing on the above motion. Client attendance is not required.

**IT IS FURTHER ORDERED** that the parties must file supplemental briefs on or before April 22, 2026, addressing the following issues: (i) whether the order of removal filed February 19, 2026, is administratively final; (ii) an update on the current status of Petitioner's immigration proceedings; and (iii) whether 8 U.S.C. § 1231 has any relevance to the Petition or if, based on the status of Petitioner's immigration case, Petitioner remains detained under either 8 U.S.C. § 1225(b)(2)(A) or § 1226.   The briefs shall not exceed five pages.

---

[1] Join ZoomGov Meeting
https://nmd-uscourts.zoomgov.com/j/1618583857

Meeting ID: 161 858 3857
Passcode: 207510

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)

**SO ORDERED.**

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE